# RUNYON v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 7, September Term, 1963 (Adv.).]

*Decided July 1, 1963.*

Before the full Court.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set forth in the opinion of the court below.